UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 12-38528 GMB

Debtor: Frederick & Kimberly M. Lawson, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1834610 | Ocwen Loan Servicing, LLC | 7595.74 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  February 18, 2014