UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:					Case Number: 12-38528 GMB

Debtor: Frederick & Kimberly M. Lawson, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1841295 | Ocwen Loan Servicing, LLC | 1508.58 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  April 4, 2014