# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 12-38528 GMB

Debtor: Frederick & Kimberly M. Lawson, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1851465 | Ocwen Loan Servicing, LLC | 1081.04 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   July 14, 2014